# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

**<u>Via ECF</u>**

April 27, 2022

Hon. Chad F. Kenney
U.S. Courthouse, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

   Re: *Perrong v. Timeshare Help Source, LLC*, Civil Action No. 22-cv-1085,
     <u>Unopposed Request to Reschedule the Rule 16 Conference</u>

Judge Kenney:

  The Plaintiff is writing on this matter to request the rescheduling of the Rule 16 Conference, which is currently set on May 17, 2022. Unfortunately, counsel for the Plaintiff has a previously scheduled mediation in another matter for that same date. However, Defendant's counsel has graciously agreed to the relief requested and all parties are available on May 26, 2022. If that date is unavailable for the Court, the parties would certainly be willing to propose alternative dates. Furthermore, the parties are moving forward with discovery and have scheduled their 26(f) conference for May 2, 2022.

  Please feel free to contact our office with any questions and thank you for your consideration of this request.

        Sincerely,

        *s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

        *Counsel for Plaintiff*