IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *Defendant.* | : | NO. 22-cv-01085 |

# O R D E R

**AND NOW**, this 27th day of April 2022, upon review of Plaintiff's unopposed request to reschedule the Rule 16 Conference (ECF No. 8), it is hereby that the on the record Initial Pretrial Conference (Rule 16) scheduled for Tuesday, May 17, 2022 at 10:00 a.m. (ECF No. 7) is now scheduled for **Thursday, May 26, 2022 at 10:30 a.m.** before the Hon. Chad F. Kenney, in Courtroom **11B**, 601 Market Street, Philadelphia, PA 19106.

It is also **ORDERED**:

1. The discovery period, regardless of any pending motion(s), begins with this Order and the parties shall exchange written discovery requests immediately;

2. The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **May 19, 2022**;

3. After consultation with all counsel for all parties, Plaintiff's counsel shall complete and **file with the Clerk the required Report of the Rule 26(f) Meeting** incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report (found on the Court's website) **on or before May 23, 2022 by 12:00 p.m.**;

4. The parties must serve on the other party the initial set of interrogatories and request

for production within 10 days of this order, if not already done so.

5. Lead trial counsel is required to appear at the Rule 16 Conference. If lead counsel is absolutely unable to attend, the conference will be rescheduled;

6. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

7. Counsel are instructed to refer to Judge Kenney's Practices and Procedures which are found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney.

**Counsel must email chambers on or before May 4, 2022 by 12:00 Noon that they have read and understood this Order.**

                                               **BY THE COURT:**

                                               /s/ Chad F. Kenney
                                               _____
                                               **CHAD F. KENNEY, JUDGE**