# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | |
| | : | No. 22-cv-1085 |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *Defendant.* | : | |

## **ORDERED**

**AND NOW**, this **11th** day of **May 2022**, upon review of Defendant's Motion to Dismiss (ECF No. 11) and Plaintiff's Response (ECF No. 12), it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 11) is **DENIED**.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**