# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 22-1085** |
| **TIMESHARE HELP SOURCE, LLC,** *Defendant.* | : : | |

## ORDER

**AND NOW**, this 22nd day of June, 2022, upon review of Defendant's Response to the Motion to Compel (ECF No. 20), Plaintiff's Reply (ECF No. 21), and based on one owner of Defendant being out of the country and the review of the non-responses produced by Defendant, it is hereby **ORDERED** that Defense Counsel must identify all shareholders of Defendant Timeshare Help Source LLC, and those who have even a 1 percent equity interest in the LLC, by **Tuesday, June 28, 2022 at 12:00 p.m.**

Counsel must email chambers on or before June 24, 2022 by 12:00 p.m. that they have read and understood this Order.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, J.