# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 22-1085** |
| **TIMESHARE HELP SOURCE, LLC,** *Defendant.* | : : | |

## ORDER

**AND NOW**, this 29th day of June, 2022, upon review of Defendant's email letter in Response to this Court's Order to identify shareholders of Defendant Timeshare Help Source LLC (ECF No. 22), it is hereby **ORDERED** that Defense Counsel must place on the record all General Partners and shareholders of Mainline Partners, including anyone who has even a 1 percent interest, by **Wednesday, July 6, 2022 at 12:00 p.m.** Defense Counsel shall also make of record who represented to him that the sole owner of Timeshare is Mainline Partners and the basis of that person's information.

**Counsel must email chambers on or before July 1, 2022 by 12:00 p.m. that they have read and understood this Order.**

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, J.
