IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-1085 |
| | : | |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 30th day of June, 2022, following a hearing held this same day, the Motion to Compel Discovery (ECF No. 16) is hereby **GRANTED IN PART** and **CONTINUED IN PART, so that the Motion remains an open Motion.** It is further **ORDERED** as follows:

1. Defendant shall respond to Plaintiff's discovery requests and produce documents responsive to Plaintiff's requests. To the extent that information and responsive documents, including call records, are controlled by or in the possession of Defendant's third-party vendors, Defendant shall obtain such documents and information and produce them to Plaintiff;

2. Defendant and its employees and agents and vendors shall preserve all records relevant to this litigation and cannot destroy any such records including records maintained on computers;

1

3. Plaintiff shall issue a notice of deposition to Defendant's National Sales Director, Eduardo Valderras, and schedule such deposition within the following three weeks and defense counsel needs to instruct Mr. Valderras to appear and prepare to answer all questions in the areas designated;

4. An in-person hearing is scheduled for **9:00 a.m. on August 2, 2022** in Courtroom 11B, 601 Market Street, Philadelphia, PA 19106; and

5. **The parties shall order a transcript of today's hearing, its costs to be shared by the parties.**

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, J.