| | |
|---|---|
| **From:** | Arthur Goldman |
| **To:** | Robert Gustafson; anthony@paronichlaw.com |
| **Cc:** | Chambers of Judge Chad F Kenney |
| **Subject:** | RE: Activity in Case 2:22-cv-01085-CFK PERRONG v. TIMESHARE HELP SOURCE, LLC Letter |
| **Date:** | Friday, July 15, 2022 4:25:35 PM |

**CAUTION - EXTERNAL:**

I apologize for any delay or inconvenience for the Court.

I have been advised that Edward Valderas no longer works for my client so his deposition will not be possible.

More importantly, I have been further advised that my client is currently meeting with bankruptcy attorneys and will be filing a Chapter 7 dissolution prior to the end of the month.

Please advise how the Court wishes to proceed.

# Arthur D. Goldman
# Law Office of Arthur D. Goldman

Mailing Address:
P.O. Box 115
Paoli, PA 19301
Physical Address:
1800 E. Lancaster Ave
Suite M
Paoli, PA 19301
TEL: 484-343-2856
FAX: 610-296-7730
www.arthurgoldmanlaw.com
agoldman@arthurgoldmanlaw.com

IRS Circular 230 Notice: To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the Law Office of Arthur D. Goldman which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.