IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 22-1085 |
| **TIMESHARE HELP SOURCE, LLC,** *Defendant.* | : : : | |

## ORDER

**AND NOW**, this 18th day of July, 2022, upon consideration of defense counsel's email letter (ECF No. 29), it is hereby **ORDERED** as follows:

1. Attorney Arthur Goldman and Mr. Christopher Prosser shall both appear at the hearing at **9:00 a.m. on August 2, 2022** (ECF No. 26);

2. Mr. Prosser shall provide to Chambers by **Wednesday, July 20, 2022 at 12:00 p.m.** the contact information, name, and position of an authorized person at Timeshare Help Source LLC, as well as the name and positions and contact information for those who provided Mr. Prosser with the information that the sales manager is no longer employed by the defendant and that the defendant is talking to attorneys regarding bankruptcy, or Mr. Prosser may be subject to a contempt hearing for failure to provide this information.  This Court has made it clear that it is looking to be provided this information and it has not been forthcoming.

**BY THE COURT:**

<u>  /s/ Chad F. Kenney          </u>
**CHAD F. KENNEY, J.**