IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated, | : :  Civil File No. 2:22-cv-1085 |
| Plaintiff, | : |
| v. | : : |
| TIMESHARE HELP SOURCE, LLC | : : |
| Defendant. | : : |

**RESPONSE TO THE COURT ORDER**
**BY CHRISTOPHER PROSSER**

COMES NOW Christopher Prosser, and in response to the Court's Order of July 18, 2022, provides the following information:

I. **Non-Party Response**

1. Christopher Prosser is not a party to the above litigation.

3. Christopher Prosser is no longer employed by Timeshare Help Source.

4. Christopher Prosser does not own any equity in Timeshare Help Source or Mainline Partners, nor does he have personal knowledge who owns any equity or how it was or was not divided.

5. Christopher Prosser does live within the geographical boundaries of this Court's direct jurisdiction, nor does he have any relevant or material information to provide to this Court beyond what is stated infra.

II. **Information Requested**

6. In response to the Court's Order, Prosser was advised by Timeshare Help Sources director of operations, Dan Human, within the past week that the company had engaged a

2

bankruptcy attorney to file a chapter 7 petition and that the company would be closing within the next 15 to 30 days.

      7.      Christopher Prosser then advised attorney Arthur Goldman of that information and requested that he notify the Court forthwith.

      7.      Christopher Prosser was advised by Dan Human within the past week that Eddie Balderus is no longer employed by Timeshare Help Source. In turn, Prosser immediately advised Counsel of that information so it may be provided to the Court in a timely fashion

      8.      Upon Prosser's best information and belief, Timeshare Help Source's office is in the process of being closed and engaged in a liquidation.

      9.      Former Director of Operations, Dan Humans' contact information is d.human@timesharehelpsource.com, for as long as that email address remains active.

      Respectfully Submitted,

/S/ Christopher Prosser
Christopher Prosser

This 19th day of July, 2022.