# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-1085 |
| | : | |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 19th day of July, 2022, upon consideration of defense counsel's response to the Court's July 18, 2022 Order, it is hereby **ORDERED** as follows:

1. Mr. Christopher Prosser is no longer required to appear at the hearing at the August 2, 2022 hearing (ECF No. 26);

2. **Mr. Dan Human, Director of Operations at Timeshare Help Source LLC is required to appear at the <u>August 2, 2022 hearing at 9:00 a.m.</u> (ECF No. 26).**

Counsel for Defendant must confirm that they have read and understood this Order via email to Chambers by <u>July 21, 2022 at 12:00 p.m.</u>

                                                  BY THE COURT:

                                                  /s/ Chad F. Kenney
                                                  **CHAD F. KENNEY, J.**