# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMESHARE HELP SOURCE, LLC,<br><br>Defendant. | Civil File No. 2:22-cv-1085 |

### RESPONSE TO THE COURT ORDER
### BY DAN HUMAN

**COMES NOW** Dan Human and in response to the Court's Order of July 18, 2022, provides the following information:

I.  **Non-Party Response**

1. Dan Human is not a party to the above litigation.

2. Dan Human is no longer employed by Timeshare Help Source.

3. Dan Human does not own any equity in Timeshare Help Source or Mainline Partners, nor does he have personal knowledge who owns any equity or how it was or was not divided.

4. Dan Human did not make, nor direct anyone to make any phone calls to any of the numerous telephone numbers owned by the Plaintiff, his wife, or his mother.

5. Dan Human does live within the geographical boundaries of this Court's direct jurisdiction, in that he lives in excess of 800 miles from the Courthouse, nor does he have any relevant or material information to provide to this Court beyond what is stated infra.

II. **Information Requested**

6. In response to the Court's Order, Timeshare Help Sources is preparing to file for Chapter 7 bankruptcy protection and the office is in the process of being closed. In fact, the company engaged a bankruptcy attorney to file a chapter 7 petition and that the company offices are being closed as of last week.

7. The engagement letter is forthcoming, and it is my understanding that is will be provided to this Court as soon as it arrives.

8. This Court has been advised of this fact on one or more occasions and it would constitute a severe financial hardship for the above affiant to be forced by this Court, against his will, to travel to the City of Philadelphia, rent a car, pay for a hotel room, and appear in a case for which he is not a party, nor has any relevant information to provide.

9. Prior to my leaving THS, Eddie Balderas also left the employment of this company.

Respectfully Submitted,

/S/Dan Human
Dan Human

This 1st day of August 2022.