# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-1085 |
| | : | |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 2nd day of August, 2022, upon consideration of Plaintiff's Motion for Order to Show Cause (ECF No. 33), and the Court's August 2, 2022 Order granting Plaintiff's Motion to Compel and cancelling today's hearing (ECF No. 35), it is hereby **ORDERED** that Plaintiff's Motion for Order to Show Cause (ECF No. 33) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, J.**

1