# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-1085 |
| | : | |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 30th day of August, 2022, upon consideration of Plaintiff's Motion for Contempt and Sanctions (ECF No. 44), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 44) is **DENIED**.

                                                              BY THE COURT:

                                                              /s/ Chad F. Kenney
                                                              **CHAD F. KENNEY, J.**

1