IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TIMESHARE HELP SOURCE, LLC, et al.,** | : | |
| *Defendants*. | : | **NO. 22-cv-01085** |

# NOTICE

**AND NOW**, this 30th day of August 2022, after review of the docket, it is **NOTICED** that Defendant Timeshare Help Source, LLC shall file its responsive pleading to the Amended Complaint (ECF No. 40) on or before **October 11, 2022 by 12 p.m.**

                                **BY THE COURT:**

                                /s/ Chad F. Kenney

                                _____

                                **CHAD F. KENNEY, JUDGE**