# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-1085 |
| | : | |
| **TIMESHARE HELP SOURCE, LLC,** | : | |
| *et al.,* | : | |
| *Defendants.* | : | |

## O R D E R

**AND NOW,** this **5th** day of **October 2022**, upon consideration of Defendant Dan Human's Motion to Dismiss or Transfer (ECF No. 45) and Plaintiff's Response in Opposition (ECF No. 46) it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion to Transfer **GRANTED**.

The Clerk of Court is hereby **ORDERED** to transfer the case to the Eastern District of Missouri.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**